UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                             CASE NO. 8:04-cr-362-T-23MSS

JAMES DAVID LEES
_____/

### **ORDER DIRECTING THE FILING OF CORRESPONDENCE**

The document described below was received on May 13, 2005.

**May 9, 2005, correspondence by James David Lees**

The Clerk is instructed to file the correspondence in the court file and forward copies to

the United States Attorney's Office, counsel for the defendant, and the probation office.*

**The Clerk shall also send a copy of this order to the defendant.**

ORDERED in Tampa, Florida, on May 18, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record
      James David Lees, 05-1199/F-3
      2604 West Woodland Ridge Drive
      Lecanto, FL  34461

---

   * Local Rule 3.01(f) provides that: (1) all applications requesting relief shall be presented in appropriate form pursuant to Local Rule 1.05 (**not** in letter form) and (2) shall be forwarded to the Clerk of the Court (**not** to the assigned judicial officer).  Additionally, Local Rule 2.03(d) states that, "Any party for whom a general appearance of counsel has been made shall not thereafter take any step or be heard in the case in proper person, absent prior leave of Court."  The defendant is represented by appointed counsel and has not sought or obtained permission to address the Court directly or to represent himself in this matter.