UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:04-cr-362-T-23MSS

JAMES DAVID LEES
_____/

**ORDER**

At the mutual request of the parties, the sentencing hearing is continued to provide the defendant time to move to withdraw his plea.

ORDERED in Tampa, Florida, on June 28, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE