UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:04-cr-362-T-23MSS

JAMES DAVID LEES
_____/

**ORDER**

The defendant's unopposed "Motion to Withdraw Previously Entered Guilty Plea" (Doc. 62) is **GRANTED**. The Clerk shall place this matter on the August, 2005, trial calendar.

ORDERED in Tampa, Florida, on July 14, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE